

Jason A. Powers
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Jason.Powers@lewisbrisbois.com
Direct: 346.241.4956

June 19, 2023

File No. 953.240

<u>VIA E-MAIL: steve@tex.law</u>

Steven R. Samples
**SAMPLES AMES PLLC**
460 West Harwood Road
Hurst, Texas 76054

    Re:    Civil Action No.: 2:21-CV-00429; *Annie Henderson, Kelvin Kelijah Perkins, and LaShanda Coleman as next friend of Carmen Coleman, a minor v. BDS Freight Lines Limited, Blue Horse Logistics, Inc., and Gopinder Singh Mangat;* In the United States Eastern District of Texas Marshall Division.

Dear Counsel:

    This letter confirms that Plaintiffs, Annie Henderson, Kelvin Kelijah Perkins, and LaShanda Coleman as next friend of Carmen Coleman, a minor, has agreed to a full and final settlement of all claims that were made or could be made against BDS Freight Lines Limited, Blue Horse Logistics, Inc., and Gopinder Singh Mangat in the above-referenced case or arising out of the January 23, 2021 accident for payment in the total amount of ▮▮▮▮▮▮▮.

    If this correctly memorializes our agreement, please indicate by signing below and returning to me. If you have any questions or concerns, please do not hesitate to call me.

Very truly yours,

Jason A. Powers for
LEWIS BRISBOIS BISGAARD & SMITH LLP

AGREED:

Steven R. Samples, *Counsel for Plaintiffs*

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • WASHINGTON • WEST VIRGINIA
4882-1056-3919.1