# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANNIE HENDERSON, ET AL._Plaintiffs_, | § § § |
| v. | §  Civil Action No. 2:21-CV-00429-RSP |
| BDS FREIGHT LINES LIMITED, ET AL._Defendants_. | § § § § |

## ORDER

Before the Court is notice a of settlement agreement by counsel for defendants. Dkt. No. 35. The filing notifies the Court that the parties have agreed to a full and final settlement of claims that were made or could be made against defendants in the above captioned case. The Court **ORDERS** that the parties file dismissal papers within two weeks of this order.

**SIGNED this 21st day of June, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE